1
2
3

Nick Mirr
Federal Defenders of Eastern Washington and Idaho
306 E. Chestnut Ave.
Yakima, Washington 98901
509.248.8920
Attorney for Bryce Quinton Hale

4
5

6
7

United States District Court
Eastern District of Washington
Honorable Stanley A. Bastian

8   United States,                                  No. 1:21-CR-2052-SAB

9                      Plaintiff,                   Notice of Appearance

10          v.

11  Bryce Quinton Hale,

12                     Defendant.

13
14
15
16
17
18
19

Please take notice that Nick Mirr of the Federal Defenders of Eastern Washington and Idaho hereby enters his appearance as additional counsel of record in this matter. All future correspondence and court filings should be forwarded directly to the address listed above.

Dated: November 17, 2021.

                    Federal Defenders of Eastern Washington & Idaho
                    Attorneys for Bryce Quinton Hale

s/ Nick Mirr
Nick Mirr, AT0014467
306 E. Chestnut Ave.
Yakima, Washington 98901
t: (509) 248-8920
nick_mirr@fd.org

## Service Certificate

I certify that on November 17, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Michael D. Murphy.

s/ Nick Mirr
Nick Mirr, AT0014467
306 E. Chestnut Ave.
Yakima, Washington 98901
t: (509) 248-8920
nick_mirr@fd.org