FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 09, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>Plaintiff,<br><br>vs.<br><br>BRYCE QUINTON HALE,<br><br>Defendant. | No. 1:21-CR-02052-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITION OF RELEASE AND MOTION TO EXPEDITE<br><br>**ECF No. 29, 30** |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 29) and related Motion to Expedite (ECF No. 30). Neither the United States, nor the United States Probation/Pretrial Services Office oppose the Motion. The Court has reviewed the record, including prior detention matters, and is fully informed.

Defendant requests that the Court modify Special Condition No. 15 requiring home detention and replace it with a curfew. In support of this modification, Defendant has been compliant with all of his conditions of release and is employed.

ORDER - 1

**ACCORDINGLY, IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 29**) and Motion to Expedite (**ECF No. 30**) are **GRANTED**.

2. Special Condition No. 15 (**ECF No. 25**) is **REPLACED** with the following condition:

<u>Curfew</u>: Defendant shall be restricted to Defendant's approved residence every day from 8:00 PM to 6:00 AM, and as modified by his United States Probation Officer to account for any changes in Defendant's work schedule.

3. All other conditions of release shall remain in effect.

DATED March 9, 2022.

<u>s/James P. Hutton</u><br>
JAMES P. HUTTON<br>
UNITED STATES MAGISTRATE JUDGE

ORDER - 2