# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 06, 2023

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Hale, Bryce Quinton | Docket No. | 0980 1:21CR02052-SAB-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Kyle Mowatt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Bryce Quinton Hale, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke, sitting in the Court at Yakima, Washington, on the 1st day of December 2021, under the following conditions:

**Special Condition No. 4:**  Defendant shall not be in the presence of minors.

**Special Condition No. 6:**  Defendant shall not directly or indirectly use, access, or possess a computer or electronic media, including any devices, televisions, and cellular phones, with internet access capabilities, without the prior approval of pretrial services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 2, 2021, the conditions of release were reviewed and signed by Mr. Hale, acknowledging an understanding of his pretrial release conditions.

**Violation No. 1:**  Mr. Hale is alleged to be in violation of his pretrial release conditions by being in the presence of minors during the month of November 2022.

On January 4, 2023, a Federal Bureau of Investigation (FBI) agent sent this officer five photographs showing Mr. Hale in the presence of minor children. The mother of the children stated Mr. Hale met her children around Thanksgiving in November 2022.

**Violation No. 2:**  Mr. Hale is alleged to be in violation of his pretrial release conditions by accessing the internet during the month of November 2022.

On January 4, 2023, a FBI agent sent this officer a text message conversation from an individual that met Mr. Hale on a dating application. The individual stated to the FBI agent she started dating Mr. Hale in early November 2022.

PRAYING THAT THE COURT WILL ORDER A WARRANT

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:    January 5, 2023 |
| by | s/Kyle Mowatt |
| | Kyle Mowatt<br>U.S. Pretrial Services Officer |

**Re: Hale, Bryce Quinton**
**January 5, 2023**
**Page 2**

THE COURT ORDERS

[ ]　　No Action
[X]　　The Issuance of a Warrant
[ ]　　The Issuance of a Summons
[ ]　　The incorporation of the violation(s) contained in this
　　　　petition with the other violations pending before the
　　　　Court.
[ ]　　Defendant to appear before the Judge assigned to the case.
[ ]　　Defendant to appear before the Magistrate Judge.
[ ]　　Other

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Alexander C. Ekstrom*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Judicial Officer

　　　　　　　　　　　　　　　　　　　　　　　　　　　　January 6, 2023
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date